13

e nd'm+ Amend

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED
Oct 10  9 35 AM '03
U.S. [DISTRICT COURT]
NEW HAVEN, CONN.

RHONDA NIEVES      )
                   )
    Plaintiff      )
                   )
                   )
                   )
                   )
vs.                )   CIVIL ACTION NO. 3:02CV-2315 PCD
                   )
ISSAN NORTH AMERICA, INC.  )   October 9, 2003
                   )
    Defendant.     )
                   )

FILED Oct 16  3 17 PM '03
DISTRICT COURT
NEW HAVEN, CONN.

### NISSAN NORTH AMERICA INC.'S MOTION TO AMEND AND/OR EXTEND SCHEDULING ORDER

Nissan North America, Inc. ("NNA") hereby moves, with the assent of plaintiff's counsel, for an order amending and/or extending the Scheduling Order which the Court entered on April 21, 2003, in which it ordered that all Discovery be completed by October 21, 2003, and all Dispositive Motions be filed on or before November 20, 2003. Pursuant to D.Conn.L.Civ.R. 9(b), counsel for NNA has inquired of counsel for the plaintiff whether there is any opposition to this motion and counsel for the plaintiff has advised that there is not. This is the first request for an extension of the Scheduling Order deadlines.

As grounds for its motion, NNA states that this is a complex products liability matter involving issues of accident reconstruction, biomechanics and automobile design. The parties have served and answered written discovery. The parties scheduled a full day vehicle inspection involving 5 experts as well as counsel, the need for garage space and a Nissan mechanic. This inspection took many weeks to schedule and coordinate and was accomplished in August. Now that the inspection is completed, the parties are scheduling depositions to take place this fall.

Unfortunately, it does not appear that the parties will be able to complete fact and expert discovery by October 21, 2003. The parties originally sought a discovery deadline of April, 2004 in their Report of Parties Planning Meeting however, the Court set a deadline of October 21, 2003. The parties now ask the court to extend the deadlines as follows:

Discovery completed:    January 21, 2003

Dispositive Motions:    February 21, 2003

WHEREFORE, Nissan North America, Inc. respectfully requests this Honorable Court extend the Scheduling Order for the reasons set forth above and in accordance with the proposed discovery deadlines, so that the parties can complete depositions in an orderly fashion. Such an extension will be in the interests of justice and will not unduly delay the disposition of this matter.

Respectfully Submitted,

NISSAN NORTH AMERICA, INC.
By its attorneys,

Holly M. Polglase (ct 09285)
Campbell Campbell Edwards & Conroy
One Constitution Plaza
Boston, MA 02129
(617) 241-3000

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing document was mailed, postage prepaid, via first class mail, on October 9, 2003 to:

Vincent F. Sabatini
Sabatini & Associates, LLC
One Market Square
Newington, CT 06111

Holly M. Polglase

2