UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED
DEC 3  10 35 AM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | |
|---|---|
| RHONDA NIEVES ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 3:02CV-2315 PCD |
| ) | December 2, 2003 |
| NISSAN NORTH AMERICA, INC. ) | |
| Defendant. ) | |

## JOINT MOTION TO AMEND AND/OR EXTEND SCHEDULING ORDER

The plaintiff Rhonda Nieves and defendant Nissan North America, Inc. ("NNA") jointly move for an order amending and/or extending the Amended Scheduling Order which the Court entered on October 16, 2003, in which it ordered that all Discovery be completed by December 29, 2003, all Dispositive Motions to be filed, compliant with Supplemental Orders, on or before January 21, 2004, and that the Trial Preparation Compliance dates will be Section A: January 30, 2004, Section B: February 13, 2004, Section C: March 1, 2004 at which time the case shall be ready for trial.

Pursuant to D.Conn.L.Civ.R. 7(b)(2), the parties have good cause to extend the deadlines requested below. The parties state that this is a complex products liability matter involving issues of accident reconstruction, biomechanics and automobile design. The parties have served and answered written discovery. The parties scheduled a full day vehicle inspection involving 5 experts as well as counsel, the need for garage space and a Nissan mechanic. This inspection took many weeks to schedule and coordinate and was accomplished in August. NNA has also taken the deposition of the plaintiff and four fact witnesses in November. The parties are also

attempting to schedule a non binding mediation for this month or in January, 2004. Additional fact witnesses may also need to be deposed. Expert depositions also need to be scheduled and conducted as well as additional inspections of the subject vehicle and/or airbag. Unfortunately, it does not appear that the parties will be able to complete fact and expert discovery by December 29, 2003, particularly due to the upcoming holidays. The parties originally sought a discovery deadline of April, 2004 in their Report of Parties Planning Meeting. The parties now ask the court to extend the deadlines as follows:

Discovery completed: March 29, 2004

Dispositive Motions, filed, compliant with Supplemental Orders: April 21, 2004

Trial Preparation Compliance Dates: Section A: April 30, 2004

    Section B:    May 14, 2004

    Section C:    June 1, 2004 at which time the case shall be ready for trial

Pursuant to D.Conn.L.Civ.R. 7(b)(3), this is the second request for an extension of the Scheduling Order deadlines. Such an extension will be in the interests of justice and will not unduly delay the disposition of this matter.

WHEREFORE, the parties move this Honorable Court amend the Scheduling Order setting forth the following deadlines:

Discovery completed: March 29, 2004

Dispositive Motions, filed, compliant with Supplemental Orders: April 21, 2004

Trial Preparation Compliance Dates: Section A: April 30, 2004

    Section B:    May 14, 2004

Section C:    June 1, 2004 at which time the case shall be ready for trial

| | |
|---|---|
| Respectfully Submitted, | Respectfully Submitted, |
| RHONDA NIEVES<br>By her attorneys,<br><br>_____<br>James Sabatini (ct 19899)<br>Sabatini & Associates, LLC<br>One Market Square<br>Newington, CT 06111 | NISSAN NORTH AMERICA, INC.<br>By its attorneys,<br><br>_____<br>Holly M. Polglase (ct 09285)<br>Adam A. Larson (ct 25329)<br>Campbell Campbell Edwards & Conroy<br>One Constitution Plaza<br>Boston, MA 02129<br>(617) 241-3000 |

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing document was mailed, postage prepaid, via first class mail, on December 2, 2003 to:

James Sabatini
Sabatini & Associates, LLC
One Market Square
Newington, CT 06111

_____
Adam A. Larson

3