# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

RHONDA NIEVES

v.

NISSAN NORTH AMERICA, INC.

**APPEARANCE**

FILED
DEC 4  3 25 PM '03

CASE NUMBER: 3:02CV-2315 PCD
U.S. DIST. COURT
NEW HAVEN, CONN.

To the Clerk of this court and all parties of record:

  Enter my appearance as counsel in this case for: NISSAN NORTH AMERICA, INC.

__December 2, 2003__
Date

__25329__
Connecticut Federal Bar Number

__617-241-3000__
Telephone Number

__617-241-5115__
Fax Number

__alarson@campbell-trial-lawyers.com__
E-mail address

_[Signature]_
Signature

Adam A. Larson
Print Clearly or Type Name

Campbell Campbell Edwards & Conroy
Address

One Constitution Pl., Boston, MA 02129

## CERTIFICATE OF SERVICE

  This is to certify that the foregoing Appearance was mailed on this date to the following:

James V. Sabatini, Esq.
  Sabatini & Associates, LLC
  One Market Square
  Newington, CT 06111

_[Signature]_
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001