UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED
Dec 3  10 35 AM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

RHONDA NIEVES )
)
Plaintiff )
)
)
)
vs. ) CIVIL ACTION NO. 3:02CV-2315 PCD
)
NISSAN NORTH AMERICA, INC. ) December 2, 2003
)
Defendant. )

## JOINT MOTION TO AMEND AND/OR EXTEND SCHEDULING ORDER

The plaintiff Rhonda Nieves and defendant Nissan North America, Inc. ("NNA") jointly move for an order amending and/or extending the Amended Scheduling Order which the Court entered on October 16, 2003, in which it ordered that all Discovery be completed by December 29, 2003, all Dispositive Motions to be filed, compliant with Supplemental Orders, on or before January 21, 2004, and that the Trial Preparation Compliance dates will be Section A: January 30, 2004, Section B: February 13, 2004, Section C: March 1, 2004 at which time the case shall be ready for trial.

Pursuant to D.Conn.L.Civ.R. 7(b)(2), the parties have good cause to extend the deadlines requested below. The parties state that this is a complex products liability matter involving issues of accident reconstruction, biomechanics and automobile design. The parties have served and answered written discovery. The parties scheduled a full day vehicle inspection involving 5 experts as well as counsel, the need for garage space and a Nissan mechanic. This inspection took many weeks to schedule and coordinate and was accomplished in August. NNA has also taken the deposition of the plaintiff and four fact witnesses in November. The parties are also

[Handwritten margin note:] GRANTED. Discovery is due by 3/29/04; dispositive motions are to be tried on or before 4/21/04, compliant with the Supplemental Order. The Trial Preparation Order deadlines are extended as follows: Section A due by 4/30/04; Section B due by 5/14/04; and Section C due by 6/1/04, at which time this case will be deemed ready for trial. SO ORDERED.

Peter C. Dorsey, U.S. District Judge

12/9/03