UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
DEC 31  1 49 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | | |
|---|---|---|
| RHONDA NIEVES, | : | |
| Plaintiff, | : | Case No.: |
| VS. | : | 3-02CV2315 (PCD) |
| NISSAN NORTH AMERICA, INC. | : | |
| Defendant. | : | December 30, 2003 |

**PLAINTIFF'S MOTION TO EXTEND TIME
IN WHICH TO DISCLOSE EXPERTS**

Plaintiff, in the above-entitled action, by and through her attorneys, Sabatini and Associates, LLC, moves for an extension of time of thirty (30) days, up to and including January 30, 2004, in which to disclose her experts. Specifically, plaintiff moves for an extension of time on the following grounds:

1. The modified scheduling order established December 31, 2003 as the deadline for the plaintiff to disclose her experts.

2. Given the nature and extent of the discovery that has been recently been completed in this product liability action, plaintiff's experts need additional time in which to properly disclose their factual findings and expert opinions.

3. The additional thirty (30) days will not delay the readiness of this case for trial in June 2004.

4.  The undersigned contacted opposing counsel to ascertain defendant's position on the instant motion, but was unable to reach defense counsel. Consequently, defendant's position on the motion is unknown.

WHEREFORE, plaintiff moves the court for an additional thirty (30) days in which to disclose her experts.

Respectfully Submitted,

BY _____
James V. Sabatini, Esq. (CT-19899)
SABATINI AND ASSOCIATES, LLC
One Market Square
Newington, CT 06111
(860) 667-0839  Fax 667-0867
email sa@sabatinilaw.com

Attorneys for Plaintiff

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, on December 30, 2003 to the following:

Attorney Holly M. Polglase
Campbell, Campbell, Edwards & Conroy
One Constitution Plaza
Boston, MA  02129

_____
James V. Sabatini, Esq.