UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
JAN 7   7:34 AM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

RHONDA NIEVES       :
                    :
   -vs-             :       Civil No. 3:02 cv 2315 (PCD)
                    :
NISSAN NORTH AMERICA, INC.  :

### ENDORSEMENT ORDER

Plaintiff's motion for extension of time to disclose experts (Doc. #19) is hereby GRANTED-IN-PART.

Plaintiff shall disclose experts and provide their reports on or before January 23, 2004. Any depositions of plaintiff's experts will be completed by February 16, 2004.

SO ORDERED.

Dated at New Haven, Connecticut, January 6, 2004.

                                   _____
                                   Peter C. Dorsey, Senior
                                   United States District Judge