UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

**FILED**

Feb 25  2 54 PM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN.

|  |  |
|---|---|
| RHONDA NIEVES | ) |
| Plaintiff | ) |
|  | ) |
|  | ) |
| vs. | ) |
|  | ) |
| NISSAN NORTH AMERICA, INC. | ) |
| Defendant. | ) |

CIVIL ACTION NO. 3:02CV-2315 PCD

## STIPULATION OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE

The plaintiff and Nissan North America, Inc. in the above-entitled action,

pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(ii), hereby stipulate that said action

is dismissed with prejudice, without interest and without costs as to Nissan North

America, Inc.  All rights of appeal are waived.

Respectfully Submitted,

RHONDA NIEVES
By her attorneys,

James Sabatini (ct 19899)
Sabatini & Associates, LLC
One Market Square

Newington, CT  06111

Respectfully Submitted,

NISSAN NORTH AMERICA, INC.
By its attorneys,

Holly M. Polglase (ct 09285)
Adam A. Larson (ct 25329)
Campbell Campbell Edwards &
Conroy
One Constitution Plaza
Boston, MA  02129
(617) 241-3000

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing document was mailed, postage prepaid, via first class mail, on _February 25_, 2004 to:

James Sabatini
Sabatini & Associates, LLC
One Market Square
Newington, CT 06111

Adam A. Larson

2