UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED
FEB 25  2 54 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

RHONDA NIEVES )
)
Plaintiff )
)
vs. )  CIVIL ACTION NO. 3:02CV-2315 PCD
)
NISSAN NORTH AMERICA, INC. )
)
Defendant. )

## STIPULATION OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE

The plaintiff and Nissan North America, Inc. in the above-entitled action, pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(ii), hereby stipulate that said action is dismissed with prejudice, without interest and without costs as to Nissan North